Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**FILED
SCRANTON**

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

OCT. 1 5 2018

PER _____

DEPUTY CLERK

| | |
|---|---|
| Candido de Jesus Serrano | Case No. 3:18-cv-1990 |

**Candido de Jesus Serrano**

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**M. Demolico**

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. __3:18-cv-1990__

*(to be filled in by the Clerk's Office)*

**FILED
SCRANTON**

OCT. 1 5 2018

PER _____

DEPUTY CLERK

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name **De Jesus Serrano Candido**

All other names by which you have been known:

ID Number **#38452-069**

Current Institution **USP**

Address **P.O. Box 1000**

**Lewisburg**      **PA**      **17837**
City                        State                   Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name **Murray**

Job or Title *(if known)*

Shield Number

Employer **Staff Number 1**

Address **USP P.O Box 1000**

**Lewisburg**      **PA**      **Lewisburg**
City                        State                   Zip Code

☐ Individual capacity  ☑ Official capacity **17837**

**Defendant No. 2**

Name **LT. Scaponie**

Job or Title *(if known)*

Shield Number

Employer **LT Lotenet**

Address **USP P.O. Box 1000**

**Lewisburg**      **PA**      **Lewisburg**
City                        State                   Zip Code

☐ Individual capacity  ☑ Official capacity **17837**

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name **M Demolico**

Job or Title *(if known)*

Shield Number

Employer **Police Unit**

Address **U S P   P O   Box 1000**

**Lewisburg**          **PA**          **Lewisburg**
      *City*           *State*      *Zip Code*

☐ Individual capacity   ☑ Official capacity   **17837**

Defendant No. 4

Name **D. EROH**

Job or Title *(if known)*

Shield Number

Employer **Police Staff Unit**

Address **U S P   P.O.   Box 1000**

**Lewisburg    PA          Legisburg**
      *City*          *State*      *Zip Code*

☐ Individual capacity   ☑ Official capacity   **17837**

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.      Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

☐   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.      If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.      If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    C.        What date and approximate time did the events giving rise to your claim(s) occur?

    D.        What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Lewisburg PA. 17837 Candido finish Fighting gat blood me head and Doctor putting staple out but i hsede the me head not putting Staple and insede the me head gat Injury profunduly on Candido death 12 hoor inthe hospital Street Real Abuse

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**VII.** **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

2.  What did you claim in your grievance?

3.  What was the result, if any?

4.  What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not.  *(Describe all efforts to appeal to the highest level of the grievance process.)*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.      If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.      Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)_

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

   2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

   3.   Docket or index number

_____

   4.   Name of Judge assigned to your case

_____

   5.   Approximate date of filing lawsuit

_____

   6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

   7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.   *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
   Plaintiff(s)   _____
   Defendant(s)   _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3.   Docket or index number

   _____

4.   Name of Judge assigned to your case

   _____

5.   Approximate date of filing lawsuit

   _____

6.   Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition   _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____

Signature of Plaintiff    De Jesus Serrano Candido
Printed Name of Plaintiff   #36452-069
Prison Identification #    United States Penitentiary
Prison Address        P.O. Box 1,000
               Lewisburg        PA      17837
                    *City*          *State*      *Zip Code*

### B.   For Attorneys

Date of signing: _____

Signature of Attorney    _____
Printed Name of Attorney   _____
Bar Number         _____
Name of Law Firm      _____
Address          _____
               _____
                    *City*          *State*      *Zip Code*

Telephone Number      _____
E-mail Address       _____

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS





i7837$1000 8099

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 941017-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : MAY 4, 2018
SUBJECT 1      : FOOD - (EXCEPT DIETS & RLGS FOOD/MEALS)
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ~~REGIONAL OFFICE  OR  GENERAL~~
                 OFFICE LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS        : START APPEAL AT INSTITUTION, GET HELP FROM UNIT TEAM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 16, 2018


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-116L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 941017-R1       REGIONAL APPEAL
DATE RECEIVED  : AUGUST 13, 2018
SUBJECT 1      : FOOD - (EXCEPT DIETS & RLGS FOOD/MEALS)
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

RECEIPT - ADMINISTRATIVE REMEDY

DATE: AUGUST 20, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
        NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
        LEWISBURG USP    UNT: X-BLOCK    QTR: X02-117L

THIS ACKNOWLEDGES THE RECEIPT OF THE REGIONAL APPEAL
IDENTIFIED BELOW:

REMEDY ID       : 946595-R1
DATE RECEIVED   : AUGUST 13, 2018
RESPONSE DUE    : SEPTEMBER 12, 2018
SUBJECT 1       : SPECIAL MANAGEMENT UNIT
SUBJECT 2       :

RECEIPT - ADMINISTRATIVE REMEDY

DATE: JULY 13, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      LEWISBURG USP

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP     UNT: X-BLOCK     QTR: X02-115L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 946595-F1
DATE RECEIVED   : JULY 13, 2018
RESPONSE DUE    : AUGUST 2, 2018
SUBJECT 1       : SPECIAL MANAGEMENT UNIT
SUBJECT 2       :

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 10, 2018

*ebd*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-102L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 925255-R3        REGIONAL APPEAL
DATE RECEIVED   : APRIL 6, 2018
SUBJECT 1       : HARASSMENT BY STAFF
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE
                 DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                 OFFICE); 15 DAYS (CENTRAL OFFICE). SUBMIT STAFF MEMO ON BOP
                 LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.

REJECT REASON 3: SEE REMARKS.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : YOUR APPEAL OF THE REJECTION DATED 01-26-18 WAS DUE
                  BY 02-15-18. ALSO, YOU DID NOT SEND A STAFF MEMO.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 2, 2018

*ebq*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-104L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 925255-R2     REGIONAL APPEAL
DATE RECEIVED : MARCH 1, 2018
SUBJECT 1     : HARASSMENT BY STAFF
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE
                DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                OFFICE); 15 DAYS (CENTRAL OFFICE). SUBMIT STAFF MEMO ON BOP
                LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : YOUR APPEAL OF THE REJECTION DATED 01-26-18 WAS DUE
                BY 02-15-18. ALSO, YOU DID NOT SEND A STAFF MEMO.

— Request —

Oct 12, 2017

Candido de Jesus
#36452-069
Block X1
cell 120
Ms Ely

Good Day!

I need all my Photo the Recor
medic copies the situation MKY, Rifle
gotcha and Boom Motine used for my
Lee Conty and Lewisburg and copies
parpe the situation MKY, Rifle gotcha Boom
Motine the all situation Medic Record
Candido happy for you work
Tank You! Ely

Apreciate tha !

Good Day

Complete
Med Rec. enclosed.
except 10-5-15 through
10-5-17 which you
already
receved.
K Ely
10-13-17

Leisure Time Programs / Recreation
Services Available
Inmates housed in the SMU Program
will be provided the opportunity to
participate in recreational in-cell activities
These activities will be in the form
of handouts. Police the Recreation name Ross
Before quit me Recreation me cell
very clear and police not Rosss
Police Ross not send for me
out side the Recreation and April 25, 2018
Police Ross and Murray see Look me cell very
clear and he $ said Ross a Murray all time
made you food you food gat Fiber big gram 4,000
and not Killing Mother fuker used you cic and
Wash out you food not Killing in the Breackfat
not Killing not send Recreation Jesus me gat
Jestls in the Lounch Killing. Police the
Lewisburg gat big Complot gat NOW
2 year a 9 mouth appposimately all day made
mE food. I need mE Law please

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

"Sensitive"

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: De Jesus Serrano Candido    36452-069    X1 116    Lewisburg

      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** Extension 542.19 Situation: Complot the all police the Lewisburg JMU Program. Made people and me for Killing and Death in the breacfat, Lounch and Deined, Putting in the food Bactery HIV, hepatitic C and Cancer inside the food. Apple, pear, tomato Jump real strong New play the July. Roy But all time potty Orgamthemen Poison, Urine, fiber 1,000 they,000 gram, hair, Pill the sleeping, Pukar Mucus Situation the food not stop me gat situation for long time Now Mouth June, July and Agost 2018 all mouth police not stop you funy play the game. the food. Me and all people real victim the staff Police the Lewisburg Police real abose the Power No Respect Noting

7 agost 2018
DATE

Candido de Jesus Serrano
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

_____ DATE

REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE          CASE NUMBER: 941017 R1

**Part C - RECEIPT**

            CASE NUMBER: _____

Return to: _____

       LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____ DATE

SIGNATURE, RECIPIENT OF REGIONAL APPEAL

UPN LVN      PRINTED ON RECYCLED PAPER      BP-230(13) JUNE 2002

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**
**U.S. COURTHOUSE**
**228 WALNUT STREET**
**P.O. BOX 983**
**HARRISBURG, PA 17108**

OFFICIAL BUSINESS






neopost
09/20/2018
US POSTAGE

1789/$1000 8099

De Jesus Candido – 36452-069
USP
P.O. Box 1000
Lewisburg, PA 17837

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG OFFICE

PETER WELSH, ACTING CLERK

Dear Sir/Madam:

　　　　We have received the following documents __Documents __ via (UPS, Fed Ex, US Mail, Other) on _09/20/2018_____.

HOWEVER:

_____   Your requested items were not sent because a self-addressed stamped envelope was NOT INCLUDED.

__X___   The proper information (i.e. **case number,** Judicial Officer, caption) was missing from the documents you filed.

_____   The case number listed on these documents is not a case in the Middle District of Pennsylvania.

_____   Our records show that you are not admitted to practice in the Middle District of Pennsylvania.  Please complete the enclosed special admission form and return it to our office for approval.

_____   You neglected to provide us with the $50.00 special admission fee.  Please forward it as soon as possible.

_____   The Local Rules for the Middle District of Pennsylvania will be forwarded to you upon receipt of a $4.60 postage paid self-addressed envelope.

_____   Other:

Dated: _September 20, 2018____         By:___PJR_____
                                       Deputy Clerk



**U.S. Department of Justice**
Federal Bureau of Prisons
*Northeast Regional Office*

*U.S. Custom House - 7th Floor*
*2nd and Chestnut Street*
*Philadelphia, PA 19106*

Official Business



02 1P
00011265
MAILED FR



17837×6850 R005

<u>Leisure</u> Time Programs/Recreation
Services Available
Inmates housed in the SMU Program
Will be provided the opportunity to
participate in recreational in-cell activities

These activities will be in the from of
handouts. Police the Recreation name Ross
Before quit me Recreation me cell very
clear and.
Police Ross noting send for me out side
the Recreation and April 25, 2018 Police
Ross and Murray see Look me cell very
Clear and he said Ross a Murray all
time all time mede you food you food
gat fiber name $ spanish Fibra big gram 1,000
and not Killing Mother fuker used you cinc
and wash clear food soap and Watter not Killing.
In the Breackfat not Killing not sed
Recreation Jesus me Ross gat Jesus in
the Lounch Killing No worries he said
Murray my gat you food chisken gat cemen spanis
name ceme · spermatosoide. ME clear next
time gat Diner he said Police M. DeMolica
Me Killing Divied food You meat gat good
1,000 te ("Fibra name spanish) and cemen~ name
~the~ Spanish name (emen, sperma to soide.
I need Laying Detector all prosses

De Jesus Candido, 36452-069
United States Penitentiary
PO Box 1000
Lewisburg, PA 17837

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG OFFICE

PETER WELSH, acting CLERK

Dear Sir/Madam:

     We have received the following documents Motion with attachments via US Mail on 8/13/18.

HOWEVER:

\_\_\_\_\_ Your requested items were not sent because a self-addressed stamped envelope was NOT provided. Please do so in the future.

\_\_x\_\_ The proper information (i.e. case number) was missing from the documents you filed.

\_\_\_\_ The case number listed on these documents is not a case in the Middle District of Pennsylvania.

\_\_\_\_ Our records show that you are not admitted to practice in the Middle District of Pennsylvania. Please complete the enclosed special admission form and return it to our office for approval.

\_\_\_\_ You neglected to provide us with the $50.00 special admission fee. Please forward it as soon as possible.

\_\_\_\_ The Local Rules for the Middle District of Pennsylvania will be forwarded to you upon receipt of a $4.60 postage paid self-addressed envelope.

\_\_\_\_ Enclosed is your check.

\_\_\_\_ Other:

Dated: \_\_\_\_8/13/18_____          By:\_\_\_\_AAA_____
                                             Deputy Clerk

## ＝ Request ＝

7 Agost 2018

De Jesus Serrano Candido
#36452-069
BlockX1  cell 116

I got good good time
made working BP-8 BP-9 BP-10 and
BP-11,
BP9 Senssitive  BP10 Senssitive
BP-11 Senssitive

And  BP-10 "Senssitive"
BP-11 "Senssitive"

Situation the Discrimination for
me Police the ATL, Lee County and
SMU Program the Lewisburg
Before Abused use strong
force for me situation all gat
paper in the Regional and
Central Office and the court
HARRISBURG.
I need Justice you gat
all me paper legal I'm wait good
time and not calling from court
the Harrisburg. Please I need
Justice Situatior very Dengerous
Continu:

Continun:            = Request =

7 agost 2018

Candido real Incapacity
and me head not good now
please

I want finish situation
me situation gat 3 year 1 mouht
and not stop Descrimination
Police the Lewisburg for me.

Use abuse the power now police
got complot for me and peaple potting
in the inside in the food tomato,
apple and pear HIV, hepatitis C, Bacteria
and Cancer me made 7 agost 2018 BP10 senssili
BP11 the situation play the game the
police not good.
                        Please move for me and
Court I need Jutice for me gat
good time and situation not finish

I need Investigation for complot the
all staff Police the Lewisburg and I need
me food clear a the all peaple.
I need Justice and I nee Respect
for me food and prop. and me person
and the all peaple. let me now
you all ready for move the court
Tank you! Apreciate tha!

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 19, 2018


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X04-310L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 954021-R1       REGIONAL APPEAL
DATE RECEIVED  : SEPTEMBER 14, 2018
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                AT THIS LEVEL.

9 Sept 2018

Situación: Guardia Corrupto quieren matarme

El dia 9 sept 2018 Iban a matarme con MK4, Rifle gotcha, Bombas de Motin

Ellos estaban esperando que yo le diera la espalda para atacarme y matarme con la bomba de motin.

Ya yo e escrito mucho Adminitrative remedy de todo los abuso que an echo con migo

Por favor tomen carta en el asunto no patrocine esto ataque de estos policia corrupto Lewisburg.

Pongo mi vida en sus mano. Ya que yo temo por mi vida y yevo sin dormir 5 dia.

El MK4 dicen en la TV, Radio que esta alterado total mente peligroso.

F. Candido de Jesus Serrano

Toda la info de esta situation esta en las Camara de la Pricion

DATE RECEIVED
FEDERAL BUREAU OF PRISONS
REGIONAL COUNSEL OFFICE

SEP 14 2018

NERO-PHILADELPHIA

Caso Intento de asesinato

# FAQ: REQUESTED ADDRESSES

Court

BP-8 and BP-9 and BP-9 Senssitive

United States Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

BP-10 and BP-10 Senssitive

Northeast Regional office
2nd & Chestnut Streets
U.S. Customs House - 7th Flr.
Philadelphia. Pa. 19106

BP-11 and BP-11 Senssitive

Central Office
320 First St., Northwest
Washington, Dc 20534

Before Counseler not Respon me BP-8
and nextime made BP-8 and Coselor made
one 13.3080. Admint. Remedy bot me
not gat big English and telling Situation
a Regional and made BP-9 Senssitive but
next time Warden not Response ME
BP-9 "Senssitive" 920205.
Candido estudy Ged hard and reading
me Hand Book in the Hand Book
telling Conselor not Respon made BP-9 Senssitive
and putting 1380 13 30 80 but not gat English
perfect candido made BP-8 new and Conselo made
1313 133080. Adm. Remedy Candido made paper
a Regional workin made 133080 conselor but
Regional telling made BP9 Sensitive Candido made
Senssitive and Warden Respon 20 day  13 day
But in the Hand Book Warden gat 10 day
Warking bot Wardend Response 20 day warking
13 day warking ME Reading HAnbook tellin
Warden gat 10 day worrking Regional Office 10 day
Warking and CentraL gat 10 day Warking but
in the HaNd Book telling Warden not Res pon and
gat big day not gat 10 day warking You made
you BP-10 "Senssitive" and Working 13.30 80 Admin.
Remedy Warden I need Jostice all time Police
Descrimination a perssecutito for me and use
Real a buse I see all me paper not gat
one BP-8 BP-9 BP-10 BP-11 and not gat 13 BP-13 enssitive
BP-13 BP11 Senssitive proably gat 3 BP10 Sensitive
3 BP11 SSenssitive

4

Police made me food for 2 year 7 mouth approximately
police I need Killing for me all cituation Candido
gat BP-10 BP-11
But Before Couseler not Response 2 BP-8
and Warden not Response BP-9 Sessitive
but I see police complot and Robery
mE BP9 sensitive.
Candido made next time BP-10 sensitive
10 day workin and next Level BP=11 now
Central Office gat all my paper the Adminio Remedy
I nee calling for me in the court But
Candido Real Inocent and Before not gat
English noting no Warden no Help for me and nating
People me cry the all abuse the police working
for me and move a working a study Ged
English. And Candido real Incapacity is
nessesary move in the court for me my help
for me old all time police Jumping me food
int the Breackfat, Louch and Diened for Lond time
gat situation 2 year 7 mouth Real abuse police
need Death candido But Candido not Death
wash me food in the cinc. all time my
food police made fiber name espanis (Fiber) putting
gram. my food Quit me (live) life I see one
police telling putting 267 gran spaninsh (Fiber)
I need move for court I need Jutice
Please good Day! I need me Response
Candido not gat money for 3 year o 4 year
approximately
I need calling Central Officer send me paper Admin. Remedy

Extension 5 12. 8

## Recreation: SMU Program

I need all Pealpe ressive materia the Workout ball, well and Material the Wokout the stomach and Plastic the Purchup Spanis Langue. Nesecitimo Que nos supla nuestros derecho de materiale de Recreacion. Como la barara el weel, la ruedita las bolas que pesan plastica para hacer ejercicio y las plastica de hacer adominale por que aqui en la unidad X no hay Material de hacer ejercicio Queremos que Por favor nos den nuestros materiale de hacer ejercicio en la Recriation Please I need Good Determination the BOP and send Material the Recreation

Psycallogy telling Candido not Incapacity
and not I need pills the me Incapacity
Candido Brapolar and SPisho frenE Dianosi
not Real Psycallogy telling vSituation not
Real Psy callogy the Lee County telling mE not
Incapaciti and not send for mE my medicene
Psy callogy the ATL AtLanta gat for me one
Cell not gat noting and not send for me
my medicine and not sleepe notin and
Psy Callogy the Lewisbor telling candido not
I need medicine the me Icapacity
and made working Layi telling me Record
Psicollogy Court the Puerto Rico San Juan
gat all mE paper the Icapacity and
DiasNostic Real Profeseona Psycollogy and
Jelpi in the court Puerto Rico

Situation Gat 2 year & moth the all
mE food    Extension 542.19
Police used putting Poison my food Spanish name
"Fibra y Cemen, espermatosoide" for me and all
people Cake, Pancake, Peanut Butter, Pasta, Egg Patty
and Biscuits. Police putting my Rice urine and Poison

Police Jumping Assalting all peaple the
Lewisburg   Police gat Real com plot
all Police the Lewisburg Peni line and
Doctor before Police made a all people
Lewisburg and all peaple gat bacteria
Spanish name "Jarmarela" the Bacteria
Police not Respect ~~Poiscy the~~ food

Extensio. 542.19  2017 Police gat 8 mout
all time out the mE cell and police Working Sheedonw
Lock see all mE property but police ...
putting you hand youDick and toching
you dick and toching all mE property
Sheet, BlanKet, pant, t-shirt, sock, Radio, Battery
Boxer, all mE paper Legal and reading
all mE paper Legal and putting mucus
puker my cide police not res pect
all ttme Police M. Demolico and you
friend Police worKing X Block D.FROtt

Senssitive

Situation: Complot the all police the SMU Program. Made peaple and me for Killin in the breacfat, Lounch and Deine, Putty in the food Bactery, HIV, hepatitis C and Cancer inside the food. Apple, pear, Tomato Jumpin real strong New play the July.

But all time putty Orgam the men Poison, Urine, fiber 1,000 the 1,000 gram, hair, Pill the sleeping, Puker "Mocus". #

Situation the food not Stop me gat situation for Long time Now Mouht June, July and Agost 2018 Police not stop you play the game the food for me and all peaple. Me and all peaple real victim. the staff Palice the Lewisbur real abuse the food in the Intitution Police not Recspect a Noting peaple real Dengerous

mande 3 Uno The bacteria HIV Cancer hepatitic C

# ═ Request ═

5 July 2018

De Jesus Serrano Candido
#36452-069
Block X1 cell 114
Courthouse Harrisburg

Before police the unit destroy
me property and mbery 310 page the me
workig but. Me made BR10 and BP-11 But
court Not see me work police gat million
Billion and trillion dollar me 310 page the
Me working. Before. Me made 13 page
the me working Courthouse see Look
me millionary Billion and trillion dollar
13 page me Request gat 13 page the
me big money me made.

Tank Yoo!
Good Day!

Harrisburg
gat Real copies
me send 12 worting
But me send new
copies









APRI 11 2018

Good Day!

I Gat from the documents
(1) - BP-8, BP-9 (2) BP-10    (3) BP-11

(1) - BP-8, BP-9
     United States Penitentiary
     P.O. Box 1000
     Lewisburg, PA 17837

(2) BP-10
     Northeast Regional office
     2nd Chestnut (Steets) streets
     U.S. Customs House - 7th Flr.
     Philadelphia, Pa. 19106

(3) PP-11
     Central Office
     320 First St., Northwest
     Washington Dc. 20534


Tank for you working I need
Justice all time Police abuse, Descrimination,
used force for me and Not Respect
I need mE Respect... Good Day!
Good Working! I gat wait for live
move the Cour for me.

I am Response yo mail Legal Now!.

I need mE Response te Request
and move for me the Court tank
You !

1

March 21, 2018

Clerk of Courts
Good Day!

1) Before Police M. Demolico made "2" Refusing
the Urine test not Real and candido made
BP-8 BP-9 BP-10 BP-11 all paper gat Central Office

2) Police M. Demolico quit my food Diened and
puttin me food tray in the floor candido Kiking
door and   Lt. telling stop the Kickin the door
candido stop the Kickin the door and police
used MK4 and Rifle M Gocha puttin one cell
gat rec tiction for 22 hour mE hand, stomach
and Foot strorn hard candido made BP-8 BP-9
BP-10, BP-11

3) Before gat "2" Situation Police Murray
and Police Murray telling all C.O.S the Lew
need you quit the made you Administrative
Remedy and all paper Legal You not quit
all CO.S Fuck you all food Breackfat, Lound
and Deined candido made BP-8 BP-9 BP-10 BP-11
Candido
made paper Aministrative Remedy 13= BP-10 Sessitive
13= BP=11 Sesitive
        all paper gat in th
        Central Office
        320 First St, Northwest
        Washington Dc 20534

BP-10  Senssitive
BP-11  Senssitive

2

1) USP Lee County abuse the police and Descrimination and used force for me

2) USP Lee County Real force and police need Killing for me

3) ATL AtLanta Move one cell not gat woting in the cell for approximate 18 day a more

4) Lewisbur Used and Boom Motine Real abuse Rifle gotcha and Rifle gotcha for god good time MKY good time next time mad urine test the Refuisi not real

5) Spycallo yi an Police abused used Strong MKY Refle gotcha for good time and hard strong abuse sexual the toching me ass strong part intimen toching Police and Assalting, Jumping me face and stomach made one Icedent Report not Lewisburg

6) Lewisburg Candido finish fightin gat blood me head and Doctor putting staple out but insede the me head not puttina and insede the me head gat Injury profunduly on Candido Death 12 hour . Real abuse

7) Candido finis fighting San Nicdas and police puttin Rectiction in the cell and not open for gat MKY cell 5 minut approxrimateli next time Candido out and one Police Asolting Jumping mE face Lewisbur

BP-10 Sensitive
BP-10 Sensitive                                                    2

8) Gat Bacteria "Spanish name= Salmarela" gat blood
me ass made gas and used toilet gat blood shet and
me urine gat blood and use toilet all day all ninght
pain head, Back pain me head hat not eating
Candido gat a all peaple Lewisburg

9) Police made one Icedent Report not Rea Candido
Destroy prop. and Candido not destroy prop.
and palice Robery me working the Million, Billion
and Trillion dollar The Car, gun, Rifle, Shoes t-shirt
wach, house, Motorcross Motorcicle and ect..
Noting gat in the world. Real Monɛgat 320
approximate paper. Lewisburg

10) Police the Lewisbur made shecdow and Putting
you hand you dick and toching all prop. and
Robery 4 BP10 and 4 BP11 Police murray

11) Police gat big complot and patting Sustance my
food Police M.Demolica and D.EROH and Inside
Kitchen me eating my food litte eating used toilet
gat big blood mɛ shet candido gat you chet you
hand potting in the window gat info in the video
Intitutio Lew cell 124

12) Lewisbur police putting me Tuberculina sustance
and police gi Inee Killing for me 30 minut
Strong sintom.

13) gat total 13 Sensitive Police Robery BP9 Sensitive

Spanish

Esta son las copias incompleta
que ellos me dan aun yo terminando
el proseso de BP-10 Sensitivo y BP11
Senssitivo. No quieren darme mis copias
completa de mis demanda pero todas
los papele estan completo en la Region
y en la Central Office Washington

Boy a mandar Dos
sobre amarillo

Todas esta info esta completa
pero me la entregaron Incompleta

C Pero Las copaia estan en
info Northeast Regional office
2nd & Chestnut streets
U.S. Customs House 7th Flr.
Philadelphia Pa. 19106

Central Office
320 First St., Northwest
Washington Dc. 20534

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 7, 2018

**FILED**
HARRISBURG, PA

APR 25 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

PER_____\_____
         **DEPUTY CLERK**

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-102L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG, PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID     : 925247-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED : MARCH 26, 2018
SUBJECT 1     : MEDICAL DIETS - DELIVERY/PREPARATION OF
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: CONCUR WITH RATIONALE OF REGIONAL OFFICE AND/OR INSTITUTION
               FOR REJECTION. FOLLOW DIRECTIONS PROVIDED ON PRIOR REJECTION
               NOTICES.

REJECT REASON 2: SEE REMARKS.

REMARKS       : IF STAFF PROVIDE A MEMO STATING LATE FILING WAS NOT
               YOUR FAULT, THE RESUBMIT AT THE LEVEL OF THE
               ORIGINA REJECTION. DATE YOUR APPEAL: MM/DD/YYYY


**RECEIVED**
Warden's Office

APR 16 2018

**USP Lewisburg**

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JUNE 1, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP     UNT: X-BLOCK     QTR: X02-113L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

**RECEIVED**
**Warden's Office**

**JUN 1 1 2018**

**USP Lewisburg**

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 942387-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : MAY 16, 2018
SUBJECT 1       : SPECIAL MANAGEMENT UNIT
SUBJECT 2       : OTHER INSTITUTION PROGRAMS
INCIDENT RPT NO:

REJECT REASON 1: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ~~REGIONAL OFFICE, OR CENTRAL~~
                 OFFICE LEVEL.

REJECT REASON 2: SEE REMARKS.

REMARKS         : THIS APPEAL MUST START AT INSTITUTIONAL LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: SEPTEMBER 12, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP   UNT: X-BLOCK   QTR: X02-118L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 953077-R1        REGIONAL APPEAL
DATE RECEIVED  : SEPTEMBER 7, 2018
SUBJECT 1      : SPECIAL MANAGEMENT UNIT
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 16, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-116L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 950215-R1        REGIONAL APPEAL
DATE RECEIVED  : AUGUST 13, 2018
SUBJECT 1      : SPECIAL MANAGEMENT UNIT
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: AUGUST 16, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP     UNT: X-BLOCK      QTR: X02-116L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 941017-R1        REGIONAL APPEAL
DATE RECEIVED  : AUGUST 13, 2018
SUBJECT 1      : FOOD - (EXCEPT DIETS & RLGS FOOD/MEALS)
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 4, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-123L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 939243-R1       REGIONAL APPEAL
DATE RECEIVED  : MAY 2, 2018
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 941012-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED  : MAY 4, 2018
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      : COMMISSARY SERVICES - PRODUCTS & OPERATIONS
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE, OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 3: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 4: SEE REMARKS.

REMARKS        : START APPEAL AT INSTITUTION, GET HELP FROM UNIT TEAM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 30, 2018

*obcl*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-113L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 941910-R1       REGIONAL APPEAL
DATE RECEIVED  : MAY 25, 2018
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 10, 2018

ebd

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-102L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 936421-R1      REGIONAL APPEAL
DATE RECEIVED  : APRIL 6, 2018
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 10, 2018

*ebd*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP     UNT: X-BLOCK     QTR: X02-102L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 936422-R1       REGIONAL APPEAL
DATE RECEIVED  : APRIL 6, 2018
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 4, 2018

*ebd*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
     NORTHEAST REGIONAL OFFICE

TO : CANDIDO DE JESUS-SERRANO, 36452-069
     LEWISBURG USP    UNT: X-BLOCK    QTR: X02-123L
     2400 ROBERT F. MILLER DRIVE
     LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 939244-R1     REGIONAL APPEAL
DATE RECEIVED : MAY 2, 2018
SUBJECT 1     : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 14, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 940237-R1       REGIONAL APPEAL
DATE RECEIVED : MAY 10, 2018
SUBJECT 1     : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 14, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 940236-R1        REGIONAL APPEAL
DATE RECEIVED : MAY 10, 2018
SUBJECT 1     : RECREATION, LEISURE ACTIVITIES
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 10, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-102L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 936425-R1        REGIONAL APPEAL
DATE RECEIVED  : APRIL 6, 2018
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 14, 2018

*ebq*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 940238-R1       REGIONAL APPEAL
DATE RECEIVED  : MAY 10, 2018
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: APRIL 10, 2018

*ebd*

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-102L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 930636-R2        REGIONAL APPEAL
DATE RECEIVED  : APRIL 6, 2018
SUBJECT 1      : QUARTERS SEARCHES
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST FIRST FILE A BP-9 REQUEST THROUGH THE INSTITUTION
                 FOR THE WARDEN'S REVIEW AND RESPONSE BEFORE FILING AN APPEAL
                 AT THIS LEVEL.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 2, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTHEAST REGIONAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-104L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 925247-R2      REGIONAL APPEAL
DATE RECEIVED  : MARCH 1, 2018
SUBJECT 1      : MEDICAL DIETS - DELIVERY/PREPARATION OF
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR REQUEST/APPEAL CONTAINS ABUSIVE OR INSOLENT
                 LANGUAGE.

REJECT REASON 2: YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE
                 DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                 OFFICE); 15 DAYS (CENTRAL OFFICE). SUBMIT STAFF MEMO ON BOP
                 LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.

REJECT REASON 3: SEE REMARKS.

REJECT REASON 4: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 10 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS        : YOUR APPEAL OF THE REJECTION DATED 01-29-18 WAS DUE
                 BY 02-08-18. IT WAS RECEIVED ON 03-01-18 & YOU MADE
                 NO CORRECTION AND YOU DID NOT SEND A STAFF MEMO.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 27, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-102L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG, PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 935150-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED  : FEBRUARY 20, 2018
SUBJECT 1      : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 3: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 4: SEE REMARKS.

REMARKS        : WE CANNOT UNDERSTAND WHAT YOU ARE ASKING FOR, BUT WE
                 DID DETERMINE YOU MUST GET HELP WRITING YOUR REQUEST
                 IN ENGLISH AND START YOUR APPEAL AT THE INSTUTION

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MARCH 27, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP     UNT: X-BLOCK     QTR: X02-102L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 935151-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED  : FEBRUARY 20, 2018
SUBJECT 1      : COMPLAINT AGAINST NON-STAFF PERSON
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ~~REGIONAL OFFICE, OR GENERAL~~
                 OFFICE LEVEL.

REJECT REASON 3: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 4: SEE REMARKS.

REMARKS        : WE CANNOT UNDERSTAND WHAT YOU ARE ASKING FOR, BUT WE
                 DID DETERMINE YOU MUST GET HELP WRITING YOUR REQUEST
                 IN ENGLISH AND START YOUR APPEAL AT THE INSTUTION

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 941016-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED  : MAY 4, 2018
SUBJECT 1      : FOOD - (EXCEPT DIETS & RLGS FOOD/MEALS)
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,
                 OFFICE LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS        : START APPEAL AT INSTITUTION, GET HELP FROM UNIT TEAM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 941013-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : MAY 4, 2018
SUBJECT 1      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2      : FOOD - (EXCEPT DIETS & RLGS FOOD/MEALS)
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,  ~~REGIONAL OFFICE~~
                 OFFICE LEVEL.

REJECT REASON 3: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 4: SEE REMARKS.

REMARKS       : START APPEAL AT INSTITUTION, GET HELP FROM UNIT TEAM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG, PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 940993-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : MAY 4, 2018
SUBJECT 1      : DHO APPEAL - COMBINED (PROCEDURES, EVIDENCE & SANCTIONS)
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ~~REGIONAL OFFICE OR CENTRAL~~
                 OFFICE LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS        : 100-200 LEVEL INCIENT RPT. START AT REGIONAL LEVEL.
                 300-400 LEVEL INCIDENT RPT. START AT INSTITUTION.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 941010-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED  : MAY 4, 2018
SUBJECT 1      : MEDICAL RECORDS
SUBJECT 2      : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 3: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 4: SEE REMARKS.

REMARKS        : START APPEAL AT INSTITUTION, GET HELP FROM UNIT TEAM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JULY 10, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-115L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 946104-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED   : JUNE 12, 2018
SUBJECT 1       : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 3: SEE REMARKS.

REMARKS         : CANNOT UNDERSTAND WHAT YOU WANT.  GET HELP FROM UNIT
                  TEAM AND START APPEAL AT INSTITUTIONAL LEVEL

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 941018-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED  : MAY 4, 2018
SUBJECT 1      : MENTAL HEALTH TREATMENT - DELAY OR ACCESS TO
SUBJECT 2      : MEDICAL CARE - IMPROPER OR INADEQUATE
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                INSTITUTION, ~~REGIONAL OFFICE, OR CENTRAL~~
                OFFICE LEVEL.

REJECT REASON 3: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 4: SEE REMARKS.

REMARKS        : START APPEAL AT INSTITUTION, GET HELP FROM UNIT TEAM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 941015-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED  : MAY 4, 2018
SUBJECT 1      : FOOD - (EXCEPT DIETS & RLGS FOOD/MEALS)
SUBJECT 2      : MEDICAL CARE - DELAY OR ACCESS TO
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, ~~REGIONAL OFFICE OR CENTRAL~~
                 OFFICE LEVEL.

REJECT REASON 3: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 4: SEE REMARKS.

REMARKS        : START APPEAL AT INSTITUTION, GET HELP FROM UNIT TEAM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP   UNT: X-BLOCK      QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID     : 940992-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED : MAY 4, 2018
SUBJECT 1     : UNPROFESSIONAL, INAPPROPRIATE CONDUCT OR MISCONDUCT BY STAFF
SUBJECT 2     :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.   YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU MUST PROVIDE MORE SPECIFIC INFORMATION (E.G. CASE NO.)
                 ABOUT YOUR REQUEST/APPEAL SO THAT IT MAY BE CONSIDERED.

REJECT REASON 3: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.   YOU SHOULD HAVE FILED AT THE
                 INSTITUTION,  REGIONAL OFFICE OR CENTRAL
                 OFFICE LEVEL.

REJECT REASON 4: SEE REMARKS.

REMARKS        : START APPEAL AT INSTITUTION, GET HELP FROM UNIT TEAM

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: MAY 18, 2018

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : CANDIDO DE JESUS-SERRANO, 36452-069
      LEWISBURG USP    UNT: X-BLOCK    QTR: X02-124L
      2400 ROBERT F. MILLER DRIVE
      LEWISBURG,  PA 17837


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 940991-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : MAY 4, 2018
SUBJECT 1       : MEDICAL CARE - IMPROPER OR INADEQUATE
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: THE ISSUE YOU RAISED IS NOT SENSITIVE. HOWEVER,
                 WE RETAINED YOUR REQUEST/APPEAL ACCORDING TO
                 POLICY.  YOU SHOULD FILE A REQUEST OR APPEAL AT
                 THE APPROPRIATE LEVEL VIA REGULAR PROCEDURES.

REJECT REASON 2: YOU SUBMITTED YOUR REQUEST OR APPEAL TO THE
                 WRONG LEVEL.  YOU SHOULD HAVE FILED AT THE
                 INSTITUTION, REGIONAL OFFICE
                 OFFICE LEVEL.

REJECT REASON 3: SEE REMARKS.

REMARKS        : START APPEAL AT INSTITUTION, GET HELP FROM UNIT TEAM

```
    LEWC0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
  PAGE 029          *              FULL SCREEN FORMAT             *      16:07:25


  REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
  RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: LEW
  REMEDY ID: 924867-F1       SUB1: 34AS SUB2:     DATE RCV:   12-14-2017
  UNT  RCV..:X-BLOCK        QTR RCV.: X02-123L    FACL RCV: LEW
  UNT  ORG..:X-BLOCK        QTR ORG.: X02-123L    FACL ORG: LEW
  EVT FACL.: LEW    ACC LEV:  LEW  1                RESP DUE:  WED  01-03-2018
  ABSTRACT.: STAFF ARE HARRASSING/ASSAULTING HIM
  STATUS DT: 12-18-2017  STATUS CODE: CLD STATUS REASON: DNY
  INCRPTNO.:            RCT: P EXT:   DATE ENTD: 12-14-2017
  REMARKS..:



                   CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
  DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE     DATE RETURNED
  THU 12-21-2017     SIS          DK    12-14-2017     INV         12-19-2017




  G0002       MORE PAGES TO FOLLOW . . .
```

```
LEWCO              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
PAGE 027      *            FULL SCREEN FORMAT              *      16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: LEW
REMEDY ID: 923890-F1      SUB1: 34AS SUB2:       DATE RCV:   12-06-2017
UNT  RCV..:X-BLOCK        QTR RCV.: X02-122L     FACL RCV: LEW
UNT  ORG..:X-BLOCK        QTR ORG.: X02-122L     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:  LEW  1                   RESP DUE:  TUE  12-26-2017
ABSTRACT.: STAFF ARE TAMPERING WITH HIS FOOD
STATUS DT: 12-08-2017   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:              RCT: P EXT:    DATE ENTD: 12-06-2017
REMARKS..:



                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN   TRK TYPE    DATE RETURNED
WED 12-13-2017     SIS          DK    12-06-2017   INV         12-12-2017




G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWC0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
   PAGE 017         *              FULL SCREEN FORMAT             *      16:07:25


   REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
   RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
   REMEDY ID: 917926-R2        SUB1: 34AS SUB2:     DATE RCV:   10-27-2017
   UNT  RCV..:X-BLOCK        QTR RCV.: X02-120L     FACL RCV: LEW
   UNT  ORG..:X-BLOCK        QTR ORG.: X02-120L     FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                         RESP DUE:
   ABSTRACT.: MISTREATED IN 2015
   STATUS DT: 11-02-2017   STATUS CODE: REJ STATUS REASON: SEN OTH
   INCRPTNO.:             RCT:   EXT:   DATE ENTD: 11-02-2017
   REMARKS..: CONCUR WITH RATIONALE OF INSTITUTION FOR REJECTION.
              THE EVENT YOU ARE COMPLAINING ABOUT WAS IN 2015.




   G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWC0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
   PAGE 049        *              FULL SCREEN FORMAT             *      16:07:25


   REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
   RSP OF...: LEW UNT/LOC/DST: X-BLOCK          QTR.: X02-102L   RCV OFC: NER
   REMEDY ID: 925247-R2      SUB1: 24BS SUB2:    DATE RCV:  03-01-2018
   UNT  RCV..:X-BLOCK        QTR RCV.: X02-104L  FACL RCV: LEW
   UNT  ORG..:X-BLOCK        QTR ORG.: X02-123L  FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:  LEW  1                RESP DUE:
   ABSTRACT.: STAFF ARE HARRASSING HIM & CONTAMINATING HIS FOOD
   STATUS DT: 03-02-2018  STATUS CODE: REJ STATUS REASON: OBS RJA OTH RSR
   INCRPTNO.:            RCT:   EXT:   DATE ENTD: 03-02-2018
   REMARKS..: YOUR APPEAL OF THE REJECTION DATED 01-29-18 WAS DUE
              BY 02-08-18. IT WAS RECEIVED ON 03-01-18 & YOU MADE
              NO CORRECTION AND YOU DID NOT SEND A STAFF MEMO.




   G0002      MORE PAGES TO FOLLOW . . .
```

```
    LEWC0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
  PAGE 028         *              FULL SCREEN FORMAT            *       16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: LEW
REMEDY ID: 923891-F1       SUB1: 34AS SUB2: 33HS DATE RCV:   12-06-2017
UNT  RCV..:X-BLOCK        QTR RCV.: X02-122L      FACL RCV: LEW
UNT  ORG..:X-BLOCK        QTR ORG.: X02-122L      FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:  LEW  1                    RESP DUE:  TUE  12-26-2017
ABSTRACT.: DID NOT REFUSE FOOD/DID NOT GET RESPONSE TO BP9
STATUS DT: 12-08-2017  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:         RCT: P EXT:   DATE ENTD: 12-06-2017
REMARKS..:


                    CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE            DEPARTMENT   TO    DATE ASSN    TRK TYPE    DATE RETURNED
WED 12-13-2017      PLGL SVC     KS    12-06-2017     INV        12-12-2017



G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWC0        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
PAGE 047         *            FULL SCREEN FORMAT            *      16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: BOP
REMEDY ID: 935150-A1      SUB1: 26AM SUB2: 34AM DATE RCV:    02-20-2018
UNT  RCV..:X-BLOCK       QTR RCV.: X02-104L      FACL RCV: LEW
UNT  ORG..:X-BLOCK       QTR ORG.: X02-104L      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                       RESP DUE:
ABSTRACT.: MEDICAL AND MULTIPLE ADDITIONAL UNCLEAR ISSUES
STATUS DT: 03-27-2018  STATUS CODE: REJ STATUS REASON: SEN WRL MSI OTH
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 03-27-2018
REMARKS..: WE CANNOT UNDERSTAND WHAT YOU ARE ASKING FOR, BUT WE
           DID DETERMINE YOU MUST GET HELP WRITING YOUR REQUEST
           IN ENGLISH AND START YOUR APPEAL AT THE INSTUTION


G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWC0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
PAGE 048         *            FULL SCREEN FORMAT             *      16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: BOP
REMEDY ID: 935151-A1      SUB1: 34EM SUB2:      DATE RCV:   02-20-2018
UNT  RCV..:X-BLOCK       QTR RCV.: X02-104L     FACL RCV: LEW
UNT  ORG..:X-BLOCK       QTR ORG.: X02-104L     FACL ORG: LEW
EVT FACL.: LEW   ACC LEV:                         RESP DUE:
ABSTRACT.: COMPLAINT AGAINST POLICE REQUEST NOT CLEAR
STATUS DT: 03-27-2018   STATUS CODE: REJ STATUS REASON: SEN WRL MSI OTH
INCRPTNO.:             RCT:   EXT:   DATE ENTD: 03-27-2018
REMARKS..: WE CANNOT UNDERSTAND WHAT YOU ARE ASKING FOR, BUT WE
           DID DETERMINE YOU MUST GET HELP WRITING YOUR REQUEST
           IN ENGLISH AND START YOUR APPEAL AT THE INSTUTION




G0002      MORE PAGES TO FOLLOW . . .
```

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | DE JESUS-SERRANO, CANDIDO | | | Reg #: | 36452-069 |
| Date of Birth: | 07/05/1976 | Sex: | M   Race: BLACK | Facility: | LEW |
| Encounter Date: | 10/20/2017 10:09 | Provider: | Ayers, Jessie PA-C | Unit: | X02 |

Mid Level Provider - Sick Call Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**        **Provider:** Ayers, Jessie PA-C

**Chief Complaint:** Bleeding from Rectum

**Subjective:** Inmate seen along with doctor for translation: Inmate states that the "officers are putting thinks like spit, hair, and chemicals in his food". He states when he eats the food and then goes to the bathroom he notices that he has bright red blood on the toilet paper. Inmate has tried "washing his food in the sink before he eats it but he still gets sick from the food". Inmate requesting to have blood test to see "what chemicals they are putting in my food". Inmate denies any blood in urine and states he only sees it on the toilet paper when he wipes.

**Pain:** No

**OBJECTIVE:**

**Exam:**
**General**
**Affect**
Yes: Cooperative, Agitated
**Appearance**
Yes: Appears Well, Alert and Oriented x 3
No: Appears Distressed
**Eyes**
**General**
Yes: PERRLA, Extraocular Movements Intact
**Pulmonary**
**Observation/Inspection**
No: Respiratory Distress
**Cardiovascular**
**Observation**
Yes: Within Normal Limits

**ASSESSMENT:**

Unspecified hemorrhoids, K649 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

```
   LEWCO          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
   PAGE 013        *              FULL SCREEN FORMAT            *      16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
REMEDY ID: 919888-R1        SUB1: 34ZM SUB2:      DATE RCV:   10-20-2017
UNT   RCV..:X-BLOCK         QTR RCV.: X02-120L    FACL RCV: LEW
UNT   ORG..:X-BLOCK         QTR ORG.: X02-120L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                        RESP DUE:
ABSTRACT.: STAFF COMPLAINT: 11-22-15 UNCLEAR EXACTLY WHY
STATUS DT: 10-30-2017   STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:             RCT:   EXT:   DATE ENTD: 10-30-2017
REMARKS..:
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
    LEWC0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       04-04-2018
    PAGE 037          *               FULL SCREEN FORMAT          *       16:07:25


    REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
    RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
    REMEDY ID: 928990-R1      SUB1: 26BM SUB2:       DATE RCV:   01-26-2018
    UNT   RCV..:X-BLOCK       QTR RCV.: X02-103L     FACL RCV: LEW
    UNT   ORG..:X-BLOCK       QTR ORG.: X02-103L     FACL ORG: LEW
    EVT FACL.: LEW    ACC LEV:                       RESP DUE:
    ABSTRACT.: JANUARY 2018 INJURY NOT TREATED?
    STATUS DT: 01-29-2018   STATUS CODE: REJ STATUS REASON: SEN INS QUA
    INCRPTNO.:          RCT:   EXT:   DATE ENTD: 01-29-2018
    REMARKS..:




    G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWC0         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
   PAGE 036          *           FULL SCREEN FORMAT           *       16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
REMEDY ID: 928988-R1       SUB1: 26BM SUB2:      DATE RCV:   01-26-2018
UNT  RCV..:X-BLOCK         QTR RCV.: X02-103L    FACL RCV: LEW
UNT  ORG..:X-BLOCK         QTR ORG.: X02-103L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                        RESP DUE:
ABSTRACT.: DECEMBER 2015 INJURY NOT TREATED?
STATUS DT: 01-29-2018   STATUS CODE: REJ STATUS REASON: SEN INS QUA
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 01-29-2018
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWC0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
   PAGE 016          *              FULL SCREEN FORMAT            *      16:07:25


   REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
   RSP OF...: LEW UNT/LOC/DST: X-BLOCK            QTR.: X02-102L   RCV OFC: NER
   REMEDY ID: 920359-R1      SUB1: 34EM SUB2:     DATE RCV:   10-27-2017
   UNT  RCV..:X-BLOCK       QTR RCV.: X02-120L    FACL RCV: LEW
   UNT  ORG..:X-BLOCK       QTR ORG.: X02-120L    FACL ORG: LEW
   EVT FACL.: LEW    ACC LEV:                       RESP DUE:
   ABSTRACT.: NOV 2016 GOT SALMONELLA
   STATUS DT.: 11-02-2017  STATUS CODE: REJ STATUS REASON: SEN INS
   INCRPTNO.:         RCT:   EXT:   DATE ENTD: 11-02-2017
   REMARKS..:




   G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWC0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
 PAGE 020        *                FULL SCREEN FORMAT              *      16:07:25


 REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
 RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
 REMEDY ID: 920361-R1        SUB1: 34AS SUB2:     DATE RCV:   10-27-2017
 UNT  RCV..:X-BLOCK        QTR RCV.: X02-120L     FACL RCV: LEW
 UNT  ORG..:X-BLOCK        QTR ORG.: X02-120L     FACL ORG: LEW
 EVT FACL.: ATL    ACC LEV:                         RESP DUE:
 ABSTRACT.: STAFF COMPLAINT AUGUST 2015
 STATUS DT: 11-02-2017   STATUS CODE: REJ STATUS REASON: SEN INS
 INCRPTNO.:           RCT:   EXT:   DATE ENTD: 11-02-2017
 REMARKS..:




 G0002        MORE PAGES TO FOLLOW . . .
```

```
   LEWC0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
PAGE 015          *              FULL SCREEN FORMAT            *      16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
REMEDY ID: 919898-R1        SUB1: 34ZM SUB2:     DATE RCV:    10-20-2017
UNT  RCV..:X-BLOCK        QTR RCV.: X02-120L    FACL RCV: LEW
UNT  ORG..:X-BLOCK        QTR ORG.: X02-120L    FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                             RESP DUE:
ABSTRACT.: STAFF COMPLAINT: 10-11-17 UNCLEAR EXACTLY WHY
STATUS DT: 10-30-2017   STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:           RCT:   EXT:   DATE ENTD: 10-30-2017
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
   LEWC0          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
PAGE 033          *              FULL SCREEN FORMAT           *      16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
REMEDY ID: 925255-R1       SUB1: 34BS SUB2:      DATE RCV:   01-26-2018
UNT  RCV..:X-BLOCK        QTR RCV.: X02-103L     FACL RCV: LEW
UNT  ORG..:X-BLOCK        QTR ORG.: X02-123L     FACL ORG: LEW
EVT FACL.: LEW     ACC LEV:  LEW  1                   RESP DUE:
ABSTRACT.: STAFF ARE CONTAMINATING HIS FOOD
STATUS DT: 01-29-2018   STATUS CODE: REJ STATUS REASON: QUA OBS UTR MEM RSR
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 01-29-2018
REMARKS..: YOUR APPEAL WAS DUE BY 01-10-18. IT WAS RECEIVED ON
           01-26-18.




G0002      MORE PAGES TO FOLLOW . . .
```

```
   LEWC0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
   PAGE 035         *                FULL SCREEN FORMAT             *      16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
REMEDY ID: 928986-R1        SUB1: 11BM SUB2:     DATE RCV:   01-26-2018
UNT  RCV..:X-BLOCK        QTR RCV.: X02-103L     FACL RCV: LEW
UNT  ORG..:X-BLOCK        QTR ORG.: X02-103L     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                         RESP DUE:
ABSTRACT.: JAN 2014 GED COMPLAINT?
STATUS DT: 01-29-2018  STATUS CODE: REJ STATUS REASON: SEN INS QUA OBS
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 01-29-2018
REMARKS..:




G0002      MORE PAGES TO FOLLOW . . .
```

```
  LEWC0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
  PAGE 034         *              FULL SCREEN FORMAT              *      16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
REMEDY ID: 928983-R1       SUB1: 20ZM SUB2:     DATE RCV:   01-26-2018
UNT  RCV..:X-BLOCK       QTR RCV.: X02-103L   FACL RCV: LEW
UNT  ORG..:X-BLOCK       QTR ORG.: X02-103L   FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                        RESP DUE:
ABSTRACT.: DHO APPEAL 3030875?
STATUS DT: 01-29-2018   STATUS CODE: REJ STATUS REASON: SEN QUA MSI OTH RSR
INCRPTNO.:              RCT:   EXT:   DATE ENTD: 01-29-2018
REMARKS..: IT IS UNCLEAR WHICH INCIDENT REPORT YOU ARE
           APPEALING.




G0002       MORE PAGES TO FOLLOW . . .
```

```
    LEWC0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
PAGE 039          *           FULL SCREEN FORMAT          *      16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
REMEDY ID: 928992-R1       SUB1: 34AM SUB2:      DATE RCV:   01-26-2018
UNT  RCV..:X-BLOCK       QTR RCV.: X02-103L      FACL RCV: LEW
UNT  ORG..:X-BLOCK       QTR ORG.: X02-103L      FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                       RESP DUE:
ABSTRACT.: DENIED BED AT ATL FOR 18 DAYS IN 2015
STATUS DT: 01-29-2018  STATUS CODE: REJ STATUS REASON: SEN INS QUA
INCRPTNO.:          RCT:   EXT:   DATE ENTD: 01-29-2018
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
  LEWC0           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        04-04-2018
  PAGE 042        *            FULL SCREEN FORMAT               *        16:07:25


REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
RSP OF...: LEW UNT/LOC/DST: X-BLOCK              QTR.: X02-102L   RCV OFC: NER
REMEDY ID: 929727-R1      SUB1: 34AM SUB2:       DATE RCV:   02-02-2018
UNT  RCV..:X-BLOCK        QTR RCV.: X02-103L     FACL RCV: LEW
UNT  ORG..:X-BLOCK        QTR ORG.: X02-103L     FACL ORG: LEW
EVT FACL.: LEW    ACC LEV:                          RESP DUE:
ABSTRACT.: STAFF COMPLAINT: 02-22-2016
STATUS DT: 02-05-2018  STATUS CODE: REJ STATUS REASON: SEN INS
INCRPTNO.:            RCT:   EXT:   DATE ENTD: 02-05-2018
REMARKS..:



G0002        MORE PAGES TO FOLLOW . . .
```

```
    LEWC0            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      04-04-2018
  PAGE 045            *              FULL SCREEN FORMAT            *      16:07:25


  REGNO: 36452-069 NAME: DE JESUS-SERRANO, CANDIDO
  RSP OF...: LEW UNT/LOC/DST: X-BLOCK            QTR.: X02-102L   RCV OFC: NER
  REMEDY ID: 930635-R1        SUB1: 34AM SUB2:   DATE RCV:   02-08-2018
  UNT  RCV..:X-BLOCK       QTR RCV.: X02-103L   FACL RCV: LEW
  UNT  ORG..:X-BLOCK       QTR ORG.: X02-103L   FACL ORG: LEW
  EVT FACL.: LEW    ACC LEV:                         RESP DUE:
  ABSTRACT.: STAFF COMPLAINT 02-02-18 DURING PILL LINE
  STATUS DT: 02-13-2018   STATUS CODE: REJ STATUS REASON: SEN INS
  INCRPTNO.:          RCT:   EXT:   DATE ENTD: 02-13-2018
  REMARKS..:



  G0002       MORE PAGES TO FOLLOW . . .
```